7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

**In Re:** Jack A. Isenberger
**Debtor**

**J. Kevin Checkett**
    Plaintiff(s)

v.

**Fonda Isenberger**
**Empire Bank**
**J. Kevin Checkett**
    Defendant(s)

*Bankruptcy Case No.*
11–62362–abf7

*Adversary Case No.*
12–06048–abf

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: That Fonda Isenberger holds no valid or perfected lien interest in or to the Artwork and is an unsecured creditor in this proceedings. ORDERED, Empire Bank has a judgment Lien on Fonda Isenberger's one–half interest in the Artwork. ORDERED, Fonda Isenberger's counterclaim is denied in its entirety. ORDERED, the Trustee is authorized to sell the Artwork free and clear of any co–ownership of the debtor or Fonda Insenberger. The Trustee shall sell the Artwork free and clear of any liens, claim, or other security interest upon further notice and order of this Court. ORDERED, the Trustee, pursuant to ll U.S.C. Section 363(4)(j)is authorized to distribute the proceeds, less the costs and expenses of sale, as follows: one–half to Empire Bank as the holder of a Judgment Lien on Fonda Isenberger's one–half interest in the Artwork, and one–half to the estate, with the Trustee's attorneys fees payable solely from the estate's share.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
    Deputy Clerk



Date of issuance: 2/8/13

Court to serve